**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ALFRED J. DEUTSCH, JR., | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 22-11478 pmm |

**NOTICE OF OBJECTION TO CLAIM
AND SCHEDULED HEARING DATE**

**TO: APEX BANK:**

Alfred Deutsch, Jr., by and through his counsel, Kevin K. Kercher, Esquire has filed an objection to the proof of claim you filed in this bankruptcy case, and has asked to have the Objection listed for hearing.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your attorney must attend the hearing on the objection, scheduled to be held before the Honorable Patricia Mayer on **October 13, 2022, at 11:00 a.m., 4th Floor Courtroom, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, Pennsylvania, 19601.** If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose this objection to your claim.

If you intend to appear at the hearing, you must notify the Attorney for the Objector listed below at least 7 days before the hearing or the Objector will be entitled to a postponement of the hearing.

Date: 9/9/2022                              Attorney for Objector

                                            **LAW OFFICES OF
                                            KEVIN K. KERCHER, ESQUIRE, P.C.**

                                             /s/ Kevin K. Kercher
                                            Kevin K. Kercher, Esquire
                                            881 Third Street, Suite #C-2
                                            Whitehall, PA 18052
                                            (610) 264-4120 phone
                                            (610) 264-2990 fax